WILLIAM P. BARR
United States Attorney General
BROCK HEATHCOTTE
Arizona State Bar No. 014466
Special Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona  85004-4449
Telephone: (602) 514-7500
Facsimile:  (602) 514-7693
Brock.Heathcotte@usdoj.gov
*Attorneys for Defendants United States, Ahmed, Myhre, Bogden, Brunk, Stover, and Willis*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Joseph O'Shaughnessy, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America, *et al.*,<br><br>Defendants. | No. 2:20-cv-00268-RFB-EJY<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY TO MOTION TO DISMISS**<br>**(FIRST REQUESTED EXTENSION)** |

All Defendants, United States of America, Nadia Ahmed, Steven Myhre, Daniel Bogden, Mark Brunk, Rand Stover, Joel Willis, and Daniel Love, hereby move, pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule LR IA 6-1, for a 21-day extension of time to December 24, 2020, to file their Replies to Defendants' Motion to Dismiss (Doc. 44) and Joinder in Motion to Dismiss (Doc. 46).

This is Defendants' first requested extension of time to file their Replies.

Plaintiffs' Response to the Motion to Dismiss consisted of 34 pages and 117 case citations.  The Replies in this matter require review and comment by counsel for multiple federal agencies, as well as, individual Defendants before filing.  Review of the Response and cases cited is being pursued with diligence but the quantity and complexity of the issues involved, along with the number of people, requires additional time particularly in light of

the difficulties of communication caused by the intervening Thanksgiving holiday.

Undersigned counsel Heathcotte and Pomerantz affirm that Plaintiff's counsel Marquiz consents to the granting of this motion.

For the foregoing reasons, Defendants respectfully request that the deadline to file an Answer to the First Amended Complaint be extended to December 24, 2020.

RESPECTFULLY SUBMITTED this 27th day of November, 2020.

WILLIAM P. BARR
United States Attorney General


*s/ Brock Heathcotte*
BROCK HEATHCOTTE
Special Assistant United States Attorney, Acting Under Authority Conferred by 28 U.S.C. § 515

*Attorneys for Defendants United States, Ahmed, Myhre, Bogden, Brunk, Stover, and Willis*


SKLAR WILLIAMS PLLC

/s/ Crane Pomerantz
Crane M. Pomerantz, Esq.
Nevada Bar No.: 14103
410 South Rampart Blvd., Suite 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000

*Attorneys for the Defendant Love*


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 30, 2020