UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH O'SHAUGHNESSY, individually; MEL BUNDY, individually; JASON D WOODS, individually; DAVE BUNDY, individually; MARYLYNN BUNDY, individually; BRIANA BUNDY, individually; BRETT ROY BUNDY, individually; MAYSA LYNN BUNDY, individually; DALLY ANN BUNDY, individually; BRONCO CLIVEN BUNDY, individually; PAYTON ALMA BUNDY, individually; MONTANA BUNDY, individually; PEPER BODEL BUNDY, individually; BENTILE BUNDY, individually; PRESLY BUNDY, individually; KYMBER BUNDY, individually; and ADAHLEN BUNDY, individually,<br><br>                                          Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; NADIA AHMED, | Case No.: 2:20-cv-00268-WQH-EJY<br><br>**ORDER** |

1

| | |
|---|---|
| 1 | individually and in her Official Capacity as an Assistant United States Attorney for the U.S. Department of Justice; STEVEN MYHRE, individually and in his Official Capacity as an Assistant United States Attorney for the U.S. Department of Justice; DANIEL BOGDEN, individually and in his Official Capacity as an Assistant United States Attorney for the U.S. Department of Justice; DANIEL P LOVE, individually and in his Official Capacity as Officer for the U.S. Bureau of Land Management; MARK BRUNK, individually and in his Official Capacity as Special Agent for the U.S. Bureau of Land Management; RAND STOVER, individually and in his Official Capacity as Officer for the U.S. Bureau of Land Management; JOEL WILLIS, individually and in his Official Capacity as an Officer and Agent of the U.S. Federal Bureau of Investigation; DOES 1 through 100; and ROES 1 through 100, inclusive,<br><br>                                    Defendants. |

HAYES, Judge:

      On February 5, 2022, Plaintiffs filed a Motion for Leave of Court to File Second Amended Complaint. (ECF No. 68).

///

///

///

IT IS HEREBY ORDERED that Defendants shall file any opposition to the Motion for Leave of Court to File Second Amended Complaint on or before February 28, 2022. Plaintiffs shall file any reply on or before March 7, 2022.

Dated:  February 7, 2022

*[signature: William Q. Hayes]*
Hon. William Q. Hayes
United States District Court